**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
     Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SKYLER JAMES FLORO,** | Case No. 2:17-cv-00993-AC |
| PLAINTIFF, | STIPULATED SUPPLEMENTAL JUDGMENT |
| v. | |
| **AMANDA LITZSINGER, JASON DUCHEK,** | |
| DEFENDANTS | |

Defendant Litzinger filed a motion for new trial or remittiter, which was denied on Agust 27, 2019. The parties have resolved the amount of attorney fees and costs Plaintiff is entitled to in defending that motion and stipulate that a supplemental judgment be entered awarding Plaintiff $9,567.50 in attorney fees and $634.24 in costs.

PAGE 1 – STIPULATED SUPPLEMENTAL JUDGMENT

Based on the stipulation of the parties, it is ordered that the Judgment entered on June 11, 2019, is supplemented as follows:

Plaintiff shall have a judgment against Defendant Amanda Litzsinger for attorneys' fees in the amount of $9,567.50 and costs in the amount of $634.24.

Dated September 20, 2019.

_____
Magistrate Judge John V. Acosta

IT IS SO STIPULATED:

Dated: September 18, 2019

/s/ Carl Post
John Burgess, OSB No. 106498
johnburgess@lawofficeofdanielsnyder.com
Carl Post, OSB No. 061058
carlpost@lawofficeofdanielsnyder.com
Tel: (503) 241-3617
Fax: (503) 241-2249
Attorneys for Plaintiff

Dated: September 18, 2019

s/ Shannon M. Vincent
Shannon M. Vincent #054700
Shannon.M.Vincent@doj.state.or.us
Matthew Maile #181761
matthew.maile@doj.state.or.us
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Attorneys for Defendants

PAGE 2 – STIPULATED SUPPLEMENTAL JUDGMENT
Law Offices of Daniel Snyder
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249